[No. 18227-4-III.    Division Three.    February 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ROY GOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-1-00065-6, Rebecca Margaret Baker, J., entered January 15, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 22092-0-II.    Division Two.    February 25, 2000.]

*In the Matter of the Marriage of* CYNTHIA M. HARPER, *Respondent*, and JOHN A. HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-3-01801-9, Vicki L. Hogan, J., and Andrea Conklin, J. Pro Tem., entered May 9, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Hunt, J.

[Nos. 22670-7-II; 22785-1-II.    Division Two.    February 25, 2000.]

KOCHCAPITAL, INC., ET AL., *Appellants*, v. SEABURY & SMITH, INC., ET AL., *Defendants*, AMERICAN INSURANCE COMPANY, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 95-2-09591-2, Thomas Felnagle, J., entered November 21 and December 5, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 22877-7-II.    Division Two.    February 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES F. KISER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-1-00350-2, H. John Hall, J., entered January 27, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Armstrong, JJ.